159 A.3d 930

COMMONWEALTH of Pennsylvania, Respondent

v.

Andrew James PUDUP, Petitioner

No. 383 MAL 2016

Supreme Court of Pennsylvania.

October 17, 2016

## ORDER

PER CURIAM

**AND NOW**, this 17th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.